■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBIN AYALA, Appellant.—Judgment unanimously affirmed. Memorandum: The suppression court found that the photographic and lineup procedures employed by the police were not improperly suggestive and that the witnesses had an independent basis for their identification testimony. Those conclusions are supported by the record and thus defendant's *Wade* motion was properly denied. (Appeal from judgment of Erie County Court, McCarthy, J.—robbery, first degree.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.

■ CARL D. TRAINA, Appellant, v MAWBY'S INCORPORATED, Respondent. (Action No. 1.) CARL D. TRAINA, Appellant, v MAWBY'S INC., Respondent. (Action No. 2.) PATRICIA BOWMAN, as Executrix of JOHN GRIECO, Deceased, Plaintiff, v CARL TRAINA, Appellant, et al., Defendants. (Action No. 3.)—Order and judgment unanimously affirmed without costs. Memorandum: Supreme Court properly declared that the lease between the parties was valid and properly directed plaintiff to comply with the option to purchase contained in the lease. Defendant had the right to exercise the option at any time prior to the expiration of the lease *(see, Masset v Ruh,* 235 NY 462) and defendant properly did so on February 27, 1989. Accordingly, defendant was entitled to summary judgment and specific performance against the plaintiff *(see,* 74 NY Jur 2d, Landlord and Tenant, § 651; *Crocker v Page,* 210 App Div 735, 736, *affd* 240 NY 638). (Appeal from order and judgment of Supreme Court, Erie County, Flaherty, J.—declaratory judgment.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.

■ SAM D'ANGELO & SONS, Respondent, v WALTER YARO et al., Constituting the Planning Commission of the City of North Tonawanda, et al., Appellants.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from judgment of Supreme Court, Niagara County, Koshian, J.—art 78.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.